```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 16896
   MICHELLE SILAS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-6279


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/20/2006 and was not confirmed.

     The case was dismissed without confirmation 06/27/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
BENEFICIAL                 CURRENT MORTG         .00          .00            .00
BENEFICIAL                 MORTGAGE ARRE     3500.00          .00            .00
HSBC MORTGAGE SERVICES     CURRENT MORTG         .00          .00            .00
HSBC MORTGAGE SERVICES     MORTGAGE ARRE         .00          .00            .00
PORTFOLIO RECOVERY         UNSECURED         6324.89          .00            .00
PROVIDIAN NATIONAL BANK    UNSECURED        NOT FILED         .00            .00
WEST ASSET MANAGEMENT      UNSECURED        NOT FILED         .00            .00
UNITED COLLECTION BUREAU   UNSECURED        NOT FILED         .00            .00
LEASECOMM CORP             UNSECURED        NOT FILED         .00            .00
CACV OF COLORADO           UNSECURED        NOT FILED         .00            .00
CAPITAL ONE                UNSECURED        NOT FILED         .00            .00
CAPITAL ONE                UNSECURED         3129.23          .00            .00
PREMIUM ASSET RECOVERY     UNSECURED         2582.68          .00            .00
CREDIT COLLECTION SERVIC   UNSECURED        NOT FILED         .00            .00
CITY OF CHICAGO            UNSECURED        NOT FILED         .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED         .00            .00
ASSET ACCEPTANCE LLC       UNSECURED          528.63          .00            .00
PRO SE DEBTOR              DEBTOR ATTY          .00                          .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                       1,670.00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 1,670.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                1,670.00
                        -----------      -----------
TOTALS                   1,670.00            1,670.00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 16896 MICHELLE SILAS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/04/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 06 B 16896 MICHELLE SILAS